1 | SCOTT J. WITLIN (SBN 137413)
scott.witlin@btlaw.com
2 | MICHAEL P. WITCZAK (SBN 329960)
michael.witczak@btlaw.com
3 | **BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
4 | Los Angeles, California 90067
Telephone:   (310) 284-3880
5 | Facsimile:    (310) 284-3894

6 | Attorneys for Defendants
Smuggler, LLC, Rare Bird Holdings, Inc., Brian
7 | Carmody, Patrick Milling-Smith, and Division 7,
LLC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. COSTA and K. PAYNE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMUGGLER, LLC, a Delaware Limited Liability Company fka Smuggler, Inc., a California Corporation; RARE BIRD HOLDINGS, INC., a Delaware Corporation; BRIAN CARMODY, an individual; PATRICK MILLING-SMITH, an individual; DIVISION7, LLC, a Delaware Limited Liability Company; and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No. TBD<br><br>**DECLARATION OF ANDREW COLON IN SUPPORT OF DEFENDANT RARE BIRD HOLDINGS, INC.'S NOTICE OF REMOVAL**<br><br>*[Filed concurrently with Notice of Removal, Declaration of Scott Witlin, Corporate Disclosure Statement, Certification of Interested Parties, and Civil Cover Sheet]*<br><br>Action Filed:  January 18, 2023<br>Trial Date:     Not Set |

DECLARATION OF ANDREW COLON IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

### DECLARATION OF ANDREW COLON

I, Andrew Colon, declare:

1. I am the Chief Operating Officer of Smuggler, LLC and Division 7, LLC. I submit this Declaration in support of Rare Bird Holdings Inc.'s Notice of Removal. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify truthfully and competently to them.

2. Rare Bird Holdings, Inc. ("Rare Bird") is a corporation formed under the laws of Delaware. Rare Bird's Chief Executive Officer, Defendant Patrick Milling-Smith, resides in and performs his work for Rare Bird almost exclusively from New York.

3. Defendants Smuggler, LLC and Division 7, LLC primarily engage in the business of producing and filming television commercials. Excluding employees on full-time staff payroll, Defendants Smuggler, LLC and Division 7, LLC engage at least 65 production crew members during a commercial production, or "shoot."

4. Division 7, LLC and Smuggler, LLC's commercial shoots last at least two days on average. Smuggler, LLC and Division 7, LLC engage production crew members on a project by project basis. The wage rates for production crew members vary with their position, from job to job, and over time. Over the time at issue in this case, the average hourly wage paid to production crew members during a commercial shoot is at least approximately $45.00.

5. Smuggler, LLC's employment records demonstrate that Plaintiff John Costa resided in Beaumont, California as of September 6, 2022.

6. On January 19, 2023, Plaintiff Kevin Payne mailed Defendant Division 7, LLC a letter that listed his address as being in Carson, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of February, 2023 at Los Angeles, California.

_____
Andrew Colon

DECLARATION OF ANDREW COLON IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL